~~SEALED~~

ORDERED UNSEALED on 09/24/2025 s/ BreanneC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUSTAVO ORTIZ,

Defendant.

Case No.: **25-mj-05099**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 8, 2025, within the Southern District of California, defendant GUSTAVO ORTIZ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Beretta handgun with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

KYLE DANDOY Digitally signed by KYLE DANDOY Date: 2025.09.16 23:23:09 -07'00'

KYLE DANDOY
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of September 2025.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 8, 2025, at approximately 11:30 p.m., a patrolling Calexico Police Department (CPD) Officer observed a Toyota Sienna minivan bearing California license plate 7WVR248 traveling eastbound on E. Fourth Street in Calexico, which is within the Southern District of California. The Officer recognized the driver as Gustavo ORTIZ and knew there was an active be on the lookout (BOLO) for ORTIZ with probable cause to arrest ORTIZ regarding separate felony offenses. The Officer initiated his emergency lights and sirens to conduct a traffic stop of the Sienna.

ORTIZ began to yield to the police vehicle and pulled in to the All Valley Urgent Care Center where he briefly positioned his car next to a brick wall. A surveillance camera from that business recorded defendant arriving to the parking area and holding a silver firearm out of the Sienna's driver's side window.




*Still image of video showing ORTIZ holding a silver firearm and driving the Sienna on March 8, 2025*

While in that parking lot, the same surveillance camera recorded ORTIZ throw the firearm from his driver's side window. The firearm hit the wall of the business and then landed on the sidewalk.

//

//

//




*Still image of video showing the firearm on the sidewalk two seconds after ORTIZ threw it from the Sienna*

After throwing the firearm from the Sienna, ORTIZ fled down an alleyway in the minivan and police pursued him.




*Still image of video showing ORTIZ flee in the Sienna while police attempted to stop ORTIZ*

ORTIZ drove to 1022 E. Sixth Street and abandoned the Sienna. ORTIZ fled from police on foot and was not apprehended that night. However, when police caught up to the Sienna, it was occupied by an adult male with the initials E.L. Police spoke with E.L. about what had just happened. E.L. told police he (E.L.) was on parole and was getting a ride to his house from an individual he knows by the name "Maniac," but does not know his real

name. E.L. stated he does not know why "Maniac" ran from the police. Police returned to the All Valley Urgent Care Center and found a loaded Beretta handgun laying on the sidewalk where ORTIZ had thrown it. The Beretta had an obliterated serial number.

On or about March 31, 2025, ORTIZ was arrested and was interviewed. During that interview, ORTIZ admitted he threw the firearm from his vehicle while being followed by police on March 8, 2025.

Records checks on ORTIZ revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 6/12/2017 | United States District Court – Southern District of California | 8 U.S.C. §1324 – Transportation of Aliens (Felony) | Time Served (28 Days); 2 Years Supervised Release |
| 11/14/2018 | CASC – Imperial County | Cal. P.C. §211— Robbery (Felony) | 2 Years Prison |
| 7/2/2021 | CASC – Imperial County | Cal. P.C. §245(a)(1)— Assault with a Deadly Weapon (Felony) | 3 Years Prison |

The Beretta firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.